Nicholas FINOCCHIARO, Appellant,

v.

STATE of Missouri, Respondent.

No. ED 77083.

Missouri Court of Appeals,
Eastern District,
Division Five.

June 13, 2000.

Jason S. Marks, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Adriane D. Crouse, Asst. Atty. Gen., Jefferson City, for respondent.

Before MARY R. RUSSELL, C.J., LAWRENCE G. CRAHAN, J., and CHARLES B. BLACKMAR, Sr. J.

### *ORDER*

PER CURIAM.

Nicholas Finocchiaro ("Movant") appeals the trial court's judgment denying his Rule 24.035 motion for post-conviction relief without an evidentiary hearing. We have reviewed the briefs of the parties and the record on appeal and conclude the trial court's determination is not clearly erroneous. Rule 24.035(k). An extended opinion would have no precedential value. We have, however, provided a memorandum for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16.